

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-01037-CV

Pedro **RODRIGUEZ**,
Appellant

v.

Veronica **RODRIGUEZ**,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CC-16-60
Honorable Orlando Rodriguez, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We order appellant to pay the costs of this appeal.

SIGNED January 17, 2024.

_____
Beth Watkins, Justice